UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WESLEY SNIPES, )<br>)<br>Defendant. )<br>) | Case No. 5:06-cr-00022-WTH-GRJ |

**CONSENT MOTION FOR DEFENDANT WESLEY SNIPES' LIMITED TRAVEL FOR WORK OBLIGATIONS**

COMES NOW, Defendant, Wesley Trent Snipes (hereinafter "Snipes"), by and through Defendant's counsel of record, Daniel R. Meachum & Associates, LLC., by Daniel R. Meachum, and consented to by Assistant United States, Robert O'Neil, and respectfully moves the Court for permission for Defendant to travel outside the continental United States to attend the 66th Annual Venice Film Festival from September 7-14, 2009.

1.

The Order Setting Conditions of Release entered in this case on December 8, 2006, restricts Mr. Snipes' travel to the continental United States. (Doc 60.)

2.

The Order Setting Conditions of Release allowed Mr. Snipes to return to Namibia, to complete the shooting of a film he was working on at that time. When discussing this request, the Government agreed that Mr. Snipes posed no risk of flight, is not a risk to himself or the community, and has strong family ties in the United States.

3.

On August 6, 2007, the Court granted Snipes' Unopposed Motion to Amend Conditions of Release (Doc. 181), which authorized Mr. Snipes to film "Art of War" in Vancouver, Canada.

4.

On December 19, 2007, the Court granted Snipes' Motion for Limited Holiday Travel to be with his family (Doc 329), authorizing him to travel to South Korea for Christmas and New Year's Eve.

5.

On March 12, 2008, the Court granted Mr. Snipes' Unopposed Amended Motion to Travel and Conditions of Release, (Doc. 430) authorizing him to travel outside the country for the limited purpose of post-production of "The Art of War II", for which he was under contract.

6.

By Order entered May 22, 2008 (Doc. 475) this Court continued Mr. Snipes' bail pending appeal. On June 19, 2008, the government filed a notice of appeal from that bail order which they later withdrew.

7.

On March 31, 2009, the Court granted Mr. Snipes Motion for Limited Travel for Work Obligations (Doc. 509 and Doc. 520) authorizing him to travel outside of the country for the limited purpose of completing the movie "Game of Death." The March 31, 2009 Order placed additional conditions on Mr. Snipes if he traveled pursuant to the

Order. Even though the location of the filming of "Game of Death" was changed to the continental United States subsequent to the Court's March 31, 2009 Order, Mr. Snipes complied with the conditional conditions in the March 31, 2009 Order.

8.

The movie "Brooklyn's Finest" by Antoine Fuqua, starring Mr. Snipes, Richard Gere and Don Cheadle won an award at the Sundance Film Festival in December 2008. The movie is being premiered at the Venice Film Festival. The movie is schedule for release in November 2009.

9.

Mr. Snipes' employment obligations require him to attend such events for press interviews and media promotions for the upcoming release of "Brooklyn's Finest".

10.

The 11th Circuit Court of Appeals has granted oral argument on Mr. Snipes' appeal. The argument is set for the week of November 16, 2009.

11.

This request is similar to those previously granted by this Honorable Court. Mr. Snipes has lived up to the trust the Court has shown in him and he has always appeared as required. He has never presented and does not currently present a risk of flight.

12.

Further, the circumstances of the work, surrounded by a cast of other actors and film and production professionals as well as Mr. Snipes' contractual obligations to

complete these films provide additional assurances that he does not present a risk of flight; were he to abscond under these circumstances, it would destroy his ability to earn a living for the rest if his life. Mr. Snipes will of course voluntarily return on September 14, 2009, as he has done each time he has been granted permission by this Court.

13.

It is essential that Mr. Snipes fulfils his employment obligations to satisfy his civil tax liabilities and provide for his family.

14.

If the Court requires additional specificity or confirmation of the travel arrangements or contractual details relating to these films, counsel will provide it at the Court's request.

WHEREFORE, for the reasons set forth above and any others this Court may find appropriate, the Government and Snipes respectfully request that the Court return his passport and allow him to travel to Venice, Italy for the period beginning September 7, 2009 through September 14, 2009, to attend the 66th Annual Venice Film Festival.

Respectfully submitted on August 28, 2009.

/s/ Daniel R. Meachum
Daniel R. Meachum
DANIEL R. MEACHUM & ASSOCIATES, LLC
Attorney for the Defendant
Georgia State Bar No. 500055
101 Marietta Street, Suite 2400
Atlanta, Georgia 30303
(404) 521-0029 telephone
(404) 521-0030 facsimile
dmeachum@dmeachumlaw.com

/s/ Carmen D. Hernandez
Carmen D. Hernandez
717 D. Street, NW Suite 310

Washington, DC 20004
(202) 628-0090 telephone
(202) 628- 2881 facsimile
chernan7@aol.com

/s/ Linda Moreno
Linda Moreno
P.O. Box 10985
Tampa, Florida 33679
(813) 486-6165 telephone
lindamoreno.esquire@gmail.com

Counsel For Defendant

/s/Robert O'Neil
United States Attorney Office
207 NW 2nd Street
Room 118
Ocala, Florida 34475

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>WESLEY SNIPES,<br><br>Defendant. | Case No. 5:06-cr-00022-WTH-GRJ |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was sent to all parties by sending a copy to their attorneys of record, via the District Court's ECF system, to the following email addresses:

| | |
|---|---|
| Michael William Nielson | downiel@bellsouth.net |
| David Anthony Wilson | ufgatrdave@yahoo.com |
| Jeffrey A. McLellan | jeffrey.a.mclellan@usdoj.gov |
| John Sciortino | john.sciortino@usdoj.gov |
| Robert E. O'Neill | robert.o'neill@usdoj.gov |

The following parties were served via U.S. Mail first class postage prepaid:

Fast Release Surety Service
1401 NW 17th Ave
Suite 2
Miami, Florida 33125

Eddie Ray Kahn
#0101545
Lake County Sheriff's Office
Detention Center
551 W. Main Street
Tavares, Florida 32778

Dated: August 28, 2009

/s/ Daniel R. Meachum
Daniel R. Meachum